UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00536

**Gary Daivon Cutright**,
*Petitioner*,

v.

**United States of America**,
*Respondent.*

### ORDER

On October 2, 2020, petitioner Gary Daivon Cutright, proceeding pro se, filed the above-styled petition for a writ of habeas corpus. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 2.

On October 6, 2020, the magistrate judge instructed petitioner to file an amended petition on the correct form. Doc. 3. Petitioner failed to do so. On November 18, 2020, the magistrate judge entered a report recommending that petitioner's case be dismissed without prejudice for want of prosecution and failure to obey a court order. Doc. 4.

There being no objections, and the court being satisfied that the report contains no clear error, the court **accepts** the findings and conclusions of the magistrate judge. Accordingly, the petition is **dismissed without prejudice** for failure to prosecute and for failure to comply with a court order. All motions not previously ruled on are **denied**. The clerk of court is **directed** to close this case.

*So ordered by the court on January 28, 2021.*

J. CAMPBELL BARKER
United States District Judge